UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| FRIENDS OF PINE STREET, d/b/a PINE STREET COALITION, ) <br> ) <br>     *Plaintiff*, ) <br> ) <br>     *v.* ) <br> ) <br> THOMAS D. EVERETT, in his capacity as ) <br> Executive Director of the Federal Highway ) <br> Administration; JOE FLYNN, in his capacity ) <br> as Secretary of the State of Vermont Agency of ) <br> Transportation; and MIRO WEINBERGER, in ) <br> his capacity as Mayor of Burlington, ) <br> ) <br>     *Defendants*. ) | Case No. 5:19-cv-00095-gwc |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    Thomas D. Everett, in his official capacity as Executive Director of the Federal Highway Administration ("FHWA"), by and through his attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, respectfully requests that the Court substitute Assistant United States Attorney Benjamin Weathers-Lowin for Assistant United States Attorney Jason Turner as lead attorney of record for Executive Director Everett in this action. Please remove Assistant United States Attorney Turner as counsel of record and direct all further copies of pleadings, orders, and other filing in this action to Assistant United States Attorney Weathers-Lowin.

[THIS SPACE LEFT BLANK INTENTIONALLY]

Dated at Burlington, in the District of Vermont, this 1st day of February, 2022.

                                                          Respectfully submitted,

                                                          NIKOLAS P. KEREST
                                                          United States Attorney

By:   *Benjamin Weathers-Lowin*
       BENJAMIN WEATHERS-LOWIN
       Assistant United States Attorney
       United States Attorney's Office
       P.O. Box 570
       Burlington, VT 05402
       (802) 951-6725
       Ben.Weathers-Lowin@usdoj.gov

       *Attorney for Defendant Thomas D. Everett,*
       *in his official capacity as Executive Director*
       *of the Federal Highway Administration*