

# City of Burlington Announces the Start of Construction on the Champlain Parkway Project

**Visit the Website**

**DATE:** Tuesday, June 14, 2022

**PROJECT UPDATE:**
Construction on the initial contract is underway and is anticipated to be completed in 2024. The work includes the construction of the Champlain Parkway from Home Avenue to Lakeside Avenue and upgrades to Lakeside Avenue and the section of Pine Street between Lakeside Avenue and Kilburn Street. The first construction season (2022) will include the work between Home Avenue and Lakeside Avenue.

**Champlain Parkway - Home Avenue to Lakeside Avenue**



**Champlain Parkway - Pine Street from Lakeside Avenue to Kilburn Street**



Construction on the initial contract began this week with the installation of construction signage on Monday, June 13. Crews begin mobilizing construction equipment on Tuesday, June 14. Starting Wednesday, June 15, crews will begin clearing the project Right of Way of trees and stumps between Home Avenue and Lakeside Avenue.

**PROJECT ANNOUNCEMENT:**
The City of Burlington Department of Public Works (DPW) announces the initial construction contract for phase one of the Champlain Parkway Project (CPP) has been awarded to the joint venture between S.D. Ireland Brothers and Kubricky Construction Corporation with a contract value of approximately $41 million. The effective date of the initial construction contract was May 10, 2022 with notice to proceed executed on June 8, 2022.

**PROJECT OVERVIEW:**
The Champlain Parkway Project is a 2.8-mile project that will connect I-189 to the City's south end, alleviate neighborhood traffic and transform the existing road into a two-lane multi-modal roadway. The full project includes the construction of the Champlain Parkway from the existing I-189 near its intersection with U.S. Route 7 to Lakeside Avenue and upgrades to Lakeside Avenue and the section of Pine Street between Lakeside Avenue to Main Street. The full project has been broken into two contracts as shown in the graphic below.



Design elements of the Champlain Parkway Project include:

- New 25-mph City street between Home Avenue and Lakeside Avenue that will expand South End Connectivity
- New shared-use path in the South End
- New curbing and better crown for drainage along Pine Street
- Improvements to stormwater management systems
- New sidewalk, crosswalks and pedestrian signals

Improvements to the streets and neighboring communities include:

- New roadway signage
- New granite curbing
- Pine Street bike lanes and safety improvements
- Bus bulbouts, bus shelters and bicycle racks at Pine Street and Howard Street intersection
- Emergency Vehicle Preemption
- Transit signal priority

**ADDITIONAL PROJECT INFORMATION:**
The Project Team will begin distributing weekly construction updates for the Champlain Parkway Project starting Friday, June 17, to the stakeholder distribution list and the project website.

For more information about the project please visit the project website champlainparkway.com or contact the project team via the project hotline, 802-496-8956 or by email: info@champlainparkway.com.






Champlain Parkway Project | 645 Pine Street, Burlington, VT 05401